**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD HOTARD** | * | |
| | * | **CIVIL ACTION NO. 2:25-cv-922** |
| **Plaintiff** | * | |
| | * | **SECTION: T (1)** |
| **VERSUS** | * | |
| | * | **JUDGE GREG G. GUIDRY** |
| **TAYLOR-SEIDENBACH, INC., ET AL.** | * | |
| | * | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **Defendants** | * | |

**************************************************************************

**THIRD AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come complainants, Sybil Hotard, spouse; Richard Nathaniel Hotard, son; and Elayna Hotard Hildago, daughter; each individually, and on behalf of Richard Hotard, decedent, who file this their third amendment to the original Petition for Damages herein the following respects:

**I.**

**BY AMENDING AND RESTATING PARAGRAPH 1 OF THE PETITION FOR DAMAGES AS FOLLOWS:**

**COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTIONS**

Complainants, Sybil Hotard, Richard Nathaniel Hotard, and Elayna Hotard Hildago, the statutory heirs of the late Richard Hotard ("Decedent"), respectfully allege the following:

1.  Made Complainants herein are:

    A.  Sybil Hotard, an adult resident of Lafourche Parish, State of Louisiana, and the wife and statutory survivor of Decedent.

    Complainant substitutes herself in Decedent's stead and asserts this survival action on his behalf to the full extent of Louisiana law, including, without limitation, Article 2315.1 of the Louisiana Civil Code.

    Complainant also asserts her individual wrongful death claims for all damages recoverable under Louisiana law, which include, without limitation, damages available

1

under Article 2315.2 of the Louisiana Civil Code and the following: funeral and burial expenses; loss of love, consortium, care, guidance, affection, support, and services; mental pain, suffering, and distress; and loss of society.

B. Richard Nathaniel Hotard, an adult resident of Lafayette Parish, State of Louisiana, and the son and statutory survivor of Decedent.

Complainant substitutes himself in Decedent's stead and asserts this survival action on his behalf to the full extent of Louisiana law, including, without limitation, Article 2315.1 of the Louisiana Civil Code.

Complainant also asserts his individual wrongful death claims for all damages recoverable under Louisiana law, which include, without limitation, damages available under Article 2315.2 of the Louisiana Civil Code and the following: funeral and burial expenses; loss of love, consortium, care, guidance, affection, support, and services; mental pain, suffering, and distress; and loss of society.

C. Elayna Hotard Hildago, an adult resident of Vermillion Parish, State of Louisiana, and the daughter and statutory survivor of Decedent.

Complainant substitutes herself in Decedent's stead and asserts this survival action on his behalf to the full extent of Louisiana law, including, without limitation, Article 2315.1 of the Louisiana Civil Code.

Complainant also asserts her individual wrongful death claims for all damages recoverable under Louisiana law, which include, without limitation, damages available under Article 2315.2 of the Louisiana Civil Code and the following: funeral and burial expenses; loss of love, consortium, care, guidance, affection, support, and services; mental pain, suffering, and distress; and loss of society.

## II.
### BY AMENDING AND RESTATING PARAGRAPH 44  OF THE PETITION FOR DAMAGES AS FOLLOWS:

### DAMAGES

The Complainants reiterate all matters contained in the original Petition for Damages, except modified herein, and allege same against Defendants including the prayer of Decedent's original petition as though set forth at length herein.

WHEREFORE, based on the foregoing premises, Complainants request that all defendants named in the complaint be served and cited to appear and answer as the law directs, and that, after due proceedings are had, Complainants recover of and from the defendants individually, jointly,

and *in solido* in an amount which the evidence may show proper at the time of trial, together with costs, and legal interest from the date of judicial demand until paid, to compensate Complainants for the following:

a. all past, present, and future medical costs or expenses related thereto;

b. all past, present, and future lost earnings;

c. all past, present, and future mental pain, suffering, and distress;

d. all past, present, and future physical pain and suffering;

e. the disfigurement suffered by Decedent;

f. loss of quality of life;

g. past, present, and future disability;

h. funeral and burial expenses;

i. loss of consortium, love, affection, services, and society;

j. all damages caused by witnessing intimately the suffering of their spouse and father;

k. all forms of relief or categories of damages allowed by Louisiana law for survival and wrongful death claims; and

l. any such other and further relief, special and general, as law and equity may permit.

**III.**

To the extent that certain matters, claims, and/or parties have been dismissed in the captioned case, Complainants do not re-urge those claims, allegations, and/or matters that have been the subject of joint or consent orders/judgments and/or motions to dismiss.

<u>**DEMAND FOR TRIAL BY JURY**</u>

Complainants are entitled to, and specifically request, a trial by jury of all issues of fact herein.

Respectfully submitted,

PHILIP C. HOFFMAN, LLC

<u>*/s/ Kelly A. Ross*</u>
Philip C. Hoffman, LA Bar No. 32277
Dayal S. Reddy, LA Bar No. 31928
Kelly A. Ross, LA Bar No. 41392
400 Poydras Street, Suite 1625
New Orleans, LA 70130
Telephone: (504) 822-6050
Facsimile: (504) 313-3911
Email: *phil@pchlawfirm.com*
        *dayal@pchlawfirm.com*
        *kelly@pchlawfirm.com*
        *tara@pchlawfirm.com*
        *shanna@pchlawfirm.com*
        *yahnah@pchlawfirm.com*

**COUNSEL FOR COMPLAINANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 9, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all CM/ECF participants by operation of the Court's electronic filing system and to defense counsel by electronic mail.

<u>*/s/ Kelly A. Ross*</u>
KELLY A. ROSS

4